UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

Case Number: 17-20307-CR-MARTINEZ/OTAZO-REYES

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

JERIMAINE BRYANT,
ANTONIO GLASS,
CURTIS BRYANT,
LEVI BRYANT,
MICHAEL WALKER,
REGINALD GRAHAM,
DANIEL JONES,
SAMUEL HAYES,
TORIVIS REGINALD INGRAM, and
MARIO RODRIGUEZ,

    Defendants.
_____/

## ORDER ADOPTING MAGISTRATE OTAZO-REYES' REPORT AND RECOMMENDATION RE: TRAVEL AND FEES FOR DEFENDANTS' EXPERT DR. JESSE DE LA CRUZ

THE MATTER was referred to the Honorable Alicia M. Otazo-Reyes, United States Magistrate Judge for a Report and Recommendation with respect to Defendants' Voucher RE: Travel and Fees for Language Gang Expert as to Dr. Jesse De La Cruz **[ECF No. 934]**. Magistrate Judge Otazo-Reyes filed a Report and Recommending that the Voucher submitted by Defendants' Gang Language Expert be approved in the amount of **$41,704.63.** The parties were afforded the opportunity to file objections to the Report and Recommendation, however none were filed. The Court has considered the Report and Recommendation and the pertinent parts of the record. Based on the reasons stated in the Report of the Magistrate Judge, and upon independent review of the file and being otherwise fully advised in the premises, it is

**ORDERED AND ADJUDGED** that United States Magistrate Judge Alicia Otazo-Reyes'

Report and Recommendation RE: Travel and Fees for Defendants' Expert Dr. Jesse De La Cruz [ECF Nos. 934] is hereby **ADOPTED and AFFIRMED**.

**DONE AND ORDERED** in Chambers at Miami, Florida, this ___7___ day of February, 2019.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Otazo-Reyes
All Counsel of Record
CJA Administrator